# EXHIBIT "E"

Filed
3/26/2019 9:39 AM
Ruby Garcia, District Clerk
Refugio County, Texas
Sylvia Lopez, Deputy

# 24th District Court of REFUGIO County, Texas
PO BOX 1457 VICTORIA TX 77902

## CASE #: 2019-02-12883

**REFUGIO COUNTY MEMORIAL HOSPITAL DISTRICT**

*Plaintiff*
**vs**
**UNDERWRITERS AT LLOYD'S, LONDON, FAIR AMERICAN SELECT INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES, LLC, ANTHONY DECESARE, AND MELANIE LABRIE**

*Defendant*

### AFFIDAVIT OF SERVICE

I, LEMARDRE R MILLER, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 03/21/19 6:10 pm, instructing for same to be delivered upon LaBrie, Melanie.

That I delivered to        : LaBrie, Melanie.

the following              : CITATION; PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND;
                             EXHIBITS A-B

at this address            : 1015 Southern Hills Road
                             Kingwood, Harris County, TX 77339

Manner of Delivery         : By PERSONALLY delivering the document(s) to the person
                             above.

Delivered on               : Thursday MAR 21, 2019 7:46 pm

My name is LEMARDRE R MILLER, my date of birth is SEP 13th, 1989, and my address is PCP Spring, 1000 FM 1960 Rd West #201B, Houston TX 77090, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.
Executed in ____Harris____ County, State of Texas, on the ___25___ day of
____Mar____, 20_19_.

_____            _____
LEMARDRE R MILLER                             Declarant
2638
Texas Certification#: PSC-11688 Exp. 09/30/2019

                          PCP  Inv#: O19300228
                          SO   Inv#: A19302447

+ Service Fee:   75.00
  Witness Fee:    .00
  Mileage Fee:    .00
                          Raizner, Jeffrey L.
tomcat
eaffidavits@popusa.net                        E-FILE RETURN

AX02A19302447

CITATION BY PERSONAL SERVICE - DISTRICT CLERK

**THE STATE OF TEXAS**



**COUNTY OF REFUGIO**

## TO: MELANIE LaBRIE, 1015 SOUTHERN HILLS ROAD, KINGWOOD, TEXAS 77339.

**Defendant, Greeting:**

You are hereby commanded to appear before the Honorable District Court, **24th** Judicial District of Refugio County, Texas, at the Courthouse in Refugio, Texas, by filing a written answer, at or before 10:00 o'clock A.M. of the Monday next after the expiration of twenty days from the date of service of this citation, to **PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND,** filed in said Court the **22ND** day of **FEBRUARY, A. D., 2019** in the cause numbered, **2019-02-12883,** on the docket of said court and styled,

**REFUGIO COUNTY MEMORIAL HOSPITAL DISTRICT**
**VS.**
**UNDERWRITERS AT LLOYD'S LONDON, FAIR AMERICAN SELECT INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES, LLC, ANTHONY DeCESARE, AND MELANIE LABRIE**

The nature of **PLAINTIFF'S** demand is fully shown by a true and correct copy of **PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND,** accompanying this citation, and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates hereof, and make the return as the law directs.

Issued and given under my hand and the Seal of said Court at Refugio, Texas, this the **25TH** day of **FEBRUARY, A.D. 2019.**

**ATTORNEY**
**Mr. Andrew P. Slania**
**Attorney at Law**
**2402 Dunlavy Street**
**Houston, Texas 77006**

**RUBY GARCIA, District Clerk**
**24th District Court**
**Refugio, County, Texas**
**P. O. Box 736**
**Refugio, Texas 78377-0736**

By: _[signature]_ _____ Deputy

IMPORTANT NOTICE
YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO
ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.

**RETURN TO COURT**

Cause No. 2019-02-12883

## CITATION FOR PERSONAL SERVICE

**REFUGIO COUNTY MEMORIAL HOSPITAL DISTICT**
**VS.**
**UNDERWRITERS AT LLOYD'S LONDON, ET AL**

In the **24th District Court**
of Refugio County, Texas

**Issued FEBRUARY 25, 2019**
**RUBY GARCIA, District Clerk**
**24th District Court, Refugio County, Texas**

By: _____ Deputy

## RETURN

Came to hand on the _____ day of _____ A.D. 201__ at _____ o'clock
____ M, Executed at _____, in the County of _____, State
of _____ at _____ o'clock _____ on the _____ day of _____ 201__, by
delivering to the within named _____
_____
_____

Each in person, a true copy of this Citation together with the accompanying copy of
the petition, having first endorsed thereon the date of delivery, and the distance
actually traveled by me in serving such process was _____ miles. I am an adult and
in no manner interested in this suit.

FEES: Serving   cop.        $ _____
      Mileage   miles       $ _____          _____
      Notary Fee            $ _____                **Sheriff/Constable**
                                               _____ **County** _____
      **TOTAL**             $ _____          By_____ Deputy

**NOTE:** Must be verified if served outside the State of Texas.

Signed and sworn to by the said _____
Before me this _____ day of _____, 201__, to certify which witness my hand
and seal of office.

Notary Public, _____ County, _____
_____

Filed
4/9/2019 2:30 PM
Ruby Garcia, District Clerk
Refugio County, Texas
Sylvia Lopez, Deputy

# 24th District Court of REFUGIO County, Texas
PO BOX 1457 VICTORIA TX 77902

## CASE #: 2019-02-12883

**REFUGIO COUNTY MEMORIAL HOSPITAL DISTRICT**

*Plaintiff*
**vs**
**UNDERWRITERS AT LLOYD'S, LONDON, FAIR AMERICAN SELECT INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES, LLC, ANTHONY DECESARE, AND MELANIE LABRIE**

*Defendant*

## AFFIDAVIT OF SERVICE

I, TRAVICK D. STEWART, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on ___3/19/19___, Time: _9 00_ _A_ M instructing for sama to be delivered upon Messers Mendes Mount.

That I delivered to        : Messers Mendes Mount. By Delivering To HEATHER CALVANO
                             Relationship: EQUITY PARTNER

the following            : CITATION; PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND; EXHIBIT
                           "A"-"B"

at this address          : 750 7th Avenue
                           New York, New York County, NY 10019

Manner of Delivery       : By PERSONALLY delivering the document(s) to the person
                           above.

Delivered on             : Monday MAR 25, 2019 9:14 am

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing paper are true and correct.
EXECUTED BY:

                                    TRAVICK D. STEWART
                                    Certification#: _____
On this day TRAVICK D. STEWART appeared before me, a notary public, and being duly sworn by me stated that he/she has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts contained therein are true and correct.  Given my hand and seal of office this _3rd_ day of _April_ 2_019_ .

PCP Inv#: A19302406

Reference : LLOYD'S

                                    NOTARY PUBLIC

                    + Service Fee: 125.00          E-FILE RETURN
                      Witness Fee:    .00
                      Mileage Fee:    .00          eaffidavits@pcpusa.net
                      Raizner, Jeffrey L.

LAURANCE KNOX
Notary Public, State of New York
Qualified in Queens County
No. 01KN6309229
Commission Expires Aug. 4, 20 ___

CITATION BY PERSONAL SERVICE - DISTRICT CLERK

**THE STATE OF TEXAS**



**COUNTY OF REFUGIO**

### TO: MESSERS MENDES MOUNT, 750 7TH AVENUE, NEW YORK, NY 10019.

**Defendant, Greeting:**
        You are hereby commanded to appear before the Honorable District Court, **24th** Judicial District of Refugio County, Texas, at the Courthouse in Refugio, Texas, by filing a written answer, at or before 10:00 o'clock A.M. of the Monday next after the expiration of twenty days from the date of service of this citation, to **PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND**, filed in said Court the 22ND day of **FEBRUARY**, A. D., 2019 in the cause numbered, **2019-02-12883**, on the docket of said court and styled,

**REFUGIO COUNTY MEMORIAL**
**HOSPITAL DISTRICT**
**VS.**
**UNDERWRITERS AT LLOYD'S LONDON, FAIR AMERICAN**
**SELECT INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES,**
**LLC, ANTHONY DeCESARE, AND MELANIE LABRIE**

        The nature of **PLAINTIFF'S** demand is fully shown by a true and correct copy of **PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND**, accompanying this citation, and made a part hereof.

        The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates hereof, and make the return as the law directs.

        Issued and given under my hand and the Seal of said Court at Refugio, Texas, this the 25TH day of **FEBRUARY, A.D. 2019.**

**ATTORNEY**
**Mr. Andrew P. Slania**
**Attorney at Law**
**2402 Dunlavy Street**
**Houston, Texas 77006**

**RUBY GARCIA, District Clerk**
**24th District Court**
**Refugio, County, Texas**
**P. O. Box 736**
**Refugio, Texas  78377-0736**

By: _Mary Jones_ Deputy

IMPORTANT NOTICE
YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.

## RETURN TO COURT

Cause No. 2019-02-12883

CITATION FOR PERSONAL SERVICE

REFUGIO COUNTY MEMORIAL HOSPITAL DISTICT
VS.
UNDERWRITERS AT LLOYD'S LONDON, ET AL

In the 24th District Court
of Refugio County, Texas

Issued FEBRUARY 25, 2019
RUBY GARCIA, District Clerk
24th District Court, Refugio County, Texas

By: _Mary Jpyn_ Deputy

**RETURN**

Came to hand on the _____ day of _____ A.D. 201__ at _____ o'clock ____M, Executed at _____, in the County of _____, State of _____ at _____ o'clock ____ on the _____ day of _____ 201__, by delivering to the within named _____

_____

_____

Each in person, a true copy of this Citation together with the accompanying copy of the petition, having first endorsed thereon the date of delivery, and the distance actually traveled by me in serving such process was _____ miles.  I am an adult and in no manner interested in this suit.

FEES: Serving    cop.         $ _____
      Mileage  miles          $ _____        _____
      Notary Fee              $ _____              Sheriff/Constable
                                                  _____ County _____
      **TOTAL**               $ _____        By_____ Deputy

NOTE:  Must be verified if served outside the State of Texas.

Signed and sworn to by the said _____
Before me this _____ day of _____, 201__, to certify which witness my hand and seal of office.

                    Notary Public, _____ County, _____

                    _____



Filed
4/16/2019 12:31 PM
Ruby Garcia, District Clerk
Refugio County, Texas
Sylvia Lopez, Deputy

# 24th District Court of REFUGIO County, Texas
PO BOX 1457 VICTORIA TX 77902

## CASE #: 2019-02-12883

**REFUGIO COUNTY MEMORIAL HOSPITAL DISTRICT**

*Plaintiff*
**vs**
**UNDERWRITERS AT LLOYD'S, LONDON, FAIR AMERICAN SELECT INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES, LLC, ANTHONY DECESARE, AND MELANIE LABRIE**

*Defendant*

### AFFIDAVIT OF SERVICE

I, JACKLYNN GAYE HENRY, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on _3-14-19_, Time: _11.51_ _A_M instructing for same to be delivered upon Texas Commissioner Of Insurance.

That I delivered to      : Texas Commissioner Of Insurance.

the following            : CITATION; PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND;
                           EXHIBITS A-B

at this address          : 333 Guadalupe
                           Austin, Travis County, TX 78701

Manner of Delivery       : by certified mail.  Return receipt with signature thereon is
                           attached hereto each; a true copy of the documents listed above
                           and endorsed on such the date of mailing.

Delivered on             : Monday March 18, 2019 am

My name is JACKLYNN GAYE HENRY, my date of birth is December 23rd, 1964, and my address is Professional Civil Process Of Texas, Inc, 103 Vista View Trail, Spicewood TX 78669, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in _Burnet_ County, State of Texas, on the _15_ day of _April_, 20_15_.

                                                                                                                                                

JACKLYNN GAYE HENRY                    Declarant
452

Texas Certification#: PSC-818 Exp. 09/30/2020

PCP Inv#: A19302442

Reference : FAIR AMERICAN

+ Service Fee: 125.00
  Witness Fee:    .00
  Mileage Fee:    .00

miac
eaffidavits@pcpusa.net

Raizner, Jeffrey L.

**E-FILE RETURN**

AX02A19302442



**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 03/25/2019

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8380 1039 24. Our records indicate that this item was delivered on 03/18/2019 at 01:53 p.m. in AUSTIN, TX 78701. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

UNDERWRITERS AT LLOYD'S LONDON FAIR AMERICAN SELECT INSURANCE COMPANY ENGLE MARTIN & ASSOCIATES LLC ET
333 GUADALUPE ST
AUSTIN TX 78701-3938

Customer Reference Number:        C1268805.7213789
Return Reference Number:          A19302442

USPS MAIL PIECE TRACKING NUMBER:   4207870139389236090194038380103924
MAILING DATE:        03/14/2019
DELIVERED DATE:   03/18/2019
CUSTOM1:

MAIL PIECE DELIVERY INFORMATION:

UNDERWRITERS AT LLOYD'S LONDON FAIR AMERICAN SELECT INSURANCE COMPANY ENGLE MARTIN & ASSOCIATES LLC ET AL
333 GUADALUPE ST
AUSTIN TX 78701-3938

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 03/14/2019 11:41 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | SPICEWOOD,TX 78669 |
| 03/15/2019 10:08 | PICKED UP | SPICEWOOD,TX 78669 |
| 03/15/2019 16:21 | DEPART POST OFFICE | SPICEWOOD,TX 78669 |
| 03/15/2019 22:24 | PROCESSED THROUGH USPS FACILITY | AUSTIN,TX 78710 |
| 03/16/2019 02:29 | DEPART USPS FACILITY | AUSTIN,TX 78710 |
| 03/16/2019 02:44 | ARRIVE USPS FACILITY | AUSTIN,TX 78710 |
| 03/16/2019 02:47 | DEPART USPS FACILITY | AUSTIN,TX 78710 |
| 03/16/2019 03:30 | ARRIVE USPS FACILITY | AUSTIN,TX 78710 |
| 03/16/2019 03:30 | DEPART USPS FACILITY | AUSTIN,TX 78710 |
| 03/16/2019 08:43 | ARRIVAL AT UNIT | AUSTIN,TX 78744 |
| 03/16/2019 08:59 | DUPLICATE 1 NO ACCESS | AUSTIN,TX 78701 |
| 03/16/2019 08:59 | DUPLICATE 1 NO ACCESS | AUSTIN,TX 78701 |
| 03/18/2019 13:53 | DELIVERED LEFT WITH INDIVIDUAL | AUSTIN,TX 78701 |

CITATION BY PERSONAL SERVICE - DISTRICT CLERK

**THE STATE OF TEXAS**



**COUNTY OF REFUGIO**

**TO: TEXAS COMMISSIONER OF INSURANCE, 333 GUADALUPE, AUSTIN, TEXAS 78701, WHO CAN FORWARD PROCESS TO CT CORPORATION SYSTEM, 1999 BRYAN STREET, SUITE 900, DALLAS, TEXAS 75201-3136.**

**Defendant, Greeting:**

You are hereby commanded to appear before the Honorable District Court, **24th** Judicial District of Refugio County, Texas, at the Courthouse in Refugio, Texas, by filing a written answer, at or before 10:00 o'clock A.M. of the Monday next after the expiration of twenty days from the date of service of this citation, to **PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND**, filed in said Court the 22ND day of **FEBRUARY, A. D., 2019** in the cause numbered, **2019-02-12883**, on the docket of said court and styled,

**REFUGIO COUNTY MEMORIAL HOSPITAL DISTRICT VS. UNDERWRITERS AT LLOYD'S LONDON, FAIR AMERICAN SELECT INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES, LLC, ANTHONY DeCESARE, AND MELANIE LABRIE**

The nature of **PLAINTIFF'S** demand is fully shown by a true and correct copy of **PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND**, accompanying this citation, and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates hereof, and make the return as the law directs.

Issued and given under my hand and the Seal of said Court at Refugio, Texas, this the 25TH day of **FEBRUARY, A.D. 2019.**

| | |
|---|---|
| **ATTORNEY** | **RUBY GARCIA, District Clerk** |
| **Mr. Andrew P. Slania** | **24th District Court** |
| **Attorney at Law** | **Refugio, County, Texas** |
| **2402 Dunlavy Street** | **P. O. Box 736** |
| **Houston, Texas 77006** | **Refugio, Texas  78377-0736** |

By:_____ Deputy

IMPORTANT NOTICE
YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.

**RETURN TO COURT**

Cause No. 2019-02-12883

CITATION FOR PERSONAL SERVICE

**REFUGIO COUNTY MEMORIAL HOSPITAL DISTICT**
**VS.**
**UNDERWRITERS AT LLOYD'S LONDON, ET AL**

In the 24th District Court
of Refugio County, Texas

**Issued FEBRUARY 25, 2019**
**RUBY GARCIA, District Clerk**
**24th District Court, Refugio County, Texas**

By_____ Deputy

**RETURN**

Came to hand on the _____ day of _____ A.D. 201__ at ____ o'clock ___M, Executed at _____, in the County of _____, State of _____ at ____ o'clock ____ on the _____ day of _____ 201__, by delivering to the within named _____

_____

Each in person, a true copy of this Citation together with the accompanying copy of the petition, having first endorsed thereon the date of delivery, and the distance actually traveled by me in serving such process was _____ miles. I am an adult and in no manner interested in this suit.

FEES: Serving  cop.     $            _____
      Mileage  miles    $              **Sheriff/Constable**
      Notary Fee        $            _____ County _____
                                     By_____ Deputy
      **TOTAL**         $ _____

NOTE: Must be verified if served outside the State of Texas.

Signed and sworn to by the said _____
Before me this ____ day of _____, 201__, to certify which witness my hand and seal of office.

                    Notary Public, _____ County, _____

                    _____



Filed
4/16/2019 12:31 PM
Ruby Garcia, District Clerk
Refugio County, Texas
Sylvia Lopez, Deputy

## 24th District Court of REFUGIO County, Texas
PO BOX 1457 VICTORIA TX 77902

## CASE #: 2019-02-12883

**REFUGIO COUNTY MEMORIAL HOSPITAL DISTRICT**

*Plaintiff*
**VS**
**UNDERWRITERS AT LLOYD'S, LONDON, FAIR AMERICAN SELECT INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES, LLC, ANTHONY DECESARE, AND MELANIE LABRIE**

*Defendant*

### AFFIDAVIT OF SERVICE

I, JACKLYNN GAYE HENRY, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on _3-14-19_, Time: _2:26_ _P_ M instructing for same to be delivered upon Texas Commissioner Of Insurance.

That I delivered to          : Texas Commissioner Of Insurance.

the following             : CITATION; PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND; EXHIBITS A-B

at this address           : 333 Guadalupe
                            Austin, Travis County, TX 78701

Manner of Delivery         : by certified mail.  Return receipt with signature thereon is attached hereto each; a true copy of the documents listed above and endorsed on such the date of mailing.

Delivered on             : Monday March 18, 2019 am

My name is JACKLYNN GAYE HENRY, my date of birth is December 23rd, 1964, and my address is Professional Civil Process Of Texas, Inc, 103 Vista View Trail, Spicewood TX 78669, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in _Burnet_ County, State of Texas, on the _15_ day of
_April_, 20_19_.

_____         Declarant
JACKLYNN GAYE HENRY
492
Texas Certification#: PSC-818 Exp. 09/30/2020

PCP Inv#: A19302411

Reference : ENGLE MARTIN

+ Service Fee: 125.00
  Witness Fee:    .00
  Mileage Fee:    .00
                            Rajzner, Jeffrey L.

miac
eaffidavits@pcpusa.net                    **E-FILE RETURN**

AX02A19302411


**UNITED STATES POSTAL SERVICE.**

Date Produced: 03/25/2019

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8380 1152 86. Our records indicate that this item was delivered on 03/18/2019 at 01:53 p.m. in AUSTIN, TX 78701. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

UNDERWRITERS AT LLOYD'S
333 GUADALUPE ST
AUSTIN TX 78701-3938

Customer Reference Number:     C1269187.7215339
Return Reference Number:        A19302411

USPS MAIL PIECE TRACKING NUMBER:  42078701393892360901940383B0115286
MAILING DATE:        03/14/2019
DELIVERED DATE:    03/18/2019
CUSTOM1:

MAIL PIECE DELIVERY INFORMATION:

UNDERWRITERS AT LLOYD'S
333 GUADALUPE ST
AUSTIN TX 78701-3938

MAIL PIECE TRACKING EVENTS:

| Date | Event | Location |
|---|---|---|
| 03/14/2019 13:26 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | SPICEWOOD,TX 78669 |
| 03/15/2019 10:08 | PICKED UP | SPICEWOOD,TX 78669 |
| 03/15/2019 16:21 | DEPART POST OFFICE | SPICEWOOD,TX 78669 |
| 03/15/2019 22:27 | PROCESSED THROUGH USPS FACILITY | AUSTIN,TX 78710 |
| 03/16/2019 02:47 | DEPART USPS FACILITY | AUSTIN,TX 78710 |
| 03/16/2019 08:33 | ARRIVAL AT UNIT | AUSTIN,TX 78744 |
| 03/16/2019 08:59 | NO ACCESS | AUSTIN,TX 78701 |
| 03/16/2019 08:59 | DUPLICATE 1 NO ACCESS | AUSTIN,TX 78701 |
| 03/18/2019 13:53 | DELIVERED LEFT WITH INDIVIDUAL | AUSTIN,TX 78701 |

CITATION BY PERSONAL SERVICE - DISTRICT CLERK

**THE STATE OF TEXAS**



**COUNTY OF REFUGIO**

**TO: TEXAS COMMISSIONER OF INSURANCE, 333 GUADALUPE, AUSTIN, TEXAS 78701, WHO CAN FORWARD PROCESS TO COUNSEL, LEGAL DEPARTMENT, FAIR AMERICAN SELECT INSURANCE COMPANY, ONE LIBERTY PLAZA, 165 BROADWAY, NEW YORK, NY 10006.**

**Defendant, Greeting:**

You are hereby commanded to appear before the Honorable District Court, **24th** Judicial District of Refugio County, Texas, at the Courthouse in Refugio, Texas, by filing a written answer, at or before 10:00 o'clock A.M. of the Monday next after the expiration of twenty days from the date of service of this citation, to **PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND,** filed in said Court the **22ND** day of **FEBRUARY, A. D., 2019** in the cause numbered, **2019-02-12883,** on the docket of said court and styled,

**REFUGIO COUNTY MEMORIAL**
**HOSPITAL DISTRICT**
**VS.**
**UNDERWRITERS AT LLOYD'S LONDON, FAIR AMERICAN**
**SELECT INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES,**
**LLC, ANTHONY DeCESARE, AND MELANIE LABRIE**

The nature of **PLAINTIFF'S** demand is fully shown by a true and correct copy of **PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND,** accompanying this citation, and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates hereof, and make the return as the law directs.

Issued and given under my hand and the Seal of said Court at Refugio, Texas, this the **25TH** day of **FEBRUARY, A.D. 2019.**

| | |
|---|---|
| **ATTORNEY** | **RUBY GARCIA, District Clerk** |
| **Mr. Andrew P. Slania** | **24th District Court** |
| **Attorney at Law** | **Refugio, County, Texas** |
| **2402 Dunlavy Street** | **P. O. Box 736** |
| **Houston, Texas 77006** | **Refugio, Texas  78377-0736** |

By: _____ Deputy

IMPORTANT NOTICE
YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.

**RETURN TO COURT**

Cause No. 2019-02-12883

CITATION FOR PERSONAL SERVICE

**REFUGIO COUNTY MEMORIAL HOSPITAL DISTICT**
**VS.**
**UNDERWRITERS AT LLOYD'S LONDON, ET AL**

In the 24th District Court
of Refugio County, Texas

**Issued FEBRUARY 25, 2019**
**RUBY GARCIA, District Clerk**
**24th District Court, Refugio County, Texas**

By: _____ Deputy

<u>RETURN</u>

Came to hand on the _____ day of _____ A.D. 201__ at _____ o'clock
____M, Executed at _____, in the County of _____, State
of _____ at _____ o'clock _____ on the _____ day of _____ 201__, by
delivering to the within named _____

_____

Each in person, a true copy of this Citation together with the accompanying copy of
the petition, having first endorsed thereon the date of delivery, and the distance
actually traveled by me in serving such process was _____ miles. I am an adult and
in no manner interested in this suit.

FEES: Serving   cop.          $              _____
      Mileage   miles     $                  **Sheriff/Constable**
      Notary Fee          $              _____ **County** _____

    **TOTAL**          $ _____      By_____ Deputy

NOTE:  Must be verified if served outside the State of Texas.

Signed and sworn to by the said _____
Before me this _____ day of _____, 201__, to certify which witness my hand
and seal of office.

        Notary Public, _____ County, _____

        _____

Filed
4/19/2019 2:38 PM
Ruby Garcia, District Clerk
Refugio County, Texas
Sylvia Lopez, Deputy

## DECLARATION OF NOT FOUND
### (DUE AND DILIGENT SEARCH)

24th District Court of REFUGIO County

CASE #: 2019-02-12883

REFUGIO COUNTY MEMORIAL HOSPITAL DISTRICT

VS.

UNDERWRITERS AT LLOYD'S, LONDON, FAIR AMERICAN SELECT INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES, LLC, ANTHONY DECESARE, AND MELANIE LABRIE

I, Christopher G Sampa, on the following dates, was over the age of 18 years and was not a party to this action.

I received a CITATION; PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND; EXHIBITS A-B on March 12, 2019. at 5:25 pm in Cause No. 2019-02-12883.

After due and diligent effort as set forth below I have been unable to effect personal service upon Decesare, Anthony.

| DATE/TIME | ADDRESS / REASON FOR NON-SERVICE | PCP Ref# A19302445 |
|---|---|---|
| Friday | 03/15/2019 10:36 am 10100 Southwest Freeway, Ste. 420 Sugar Land TX 77478 THE BUSINESS LOCATED AT THIS ADDRESS IS NO LONGER HERE. THE OFFICE IS VACANT. PER FEMALE RECEPTIONIST. | |

I, declare under penalty of perjury that the foregoing is true and correct.

Executed On: 2-19-19

Service Fee $_____

Christopher G Sampa
Texas Certification#: PSC-1088 Expire: 08/31/2020

Client    : Raizner, Jeffrey L.
Reference#:
PCP #     : A19302445
E-FILE DUE DIL
eaffidavits@pcpusa.net

AX03A19302445-953

CITATION BY PERSONAL SERVICE - DISTRICT CLERK

### THE STATE OF TEXAS



### COUNTY OF REFUGIO

**TO: ANTHONY DECESARE, 10100 SOUTHWEST FREEWAY, SUITE 420, SUGAR LAND, TEXAS 77478.**

**Defendant, Greeting:**
     You are hereby commanded to appear before the Honorable District Court, **24th** Judicial District of Refugio County, Texas, at the Courthouse in Refugio, Texas, by filing a written answer, at or before 10:00 o'clock A.M. of the Monday next after the expiration of twenty days from the date of service of this citation, to **PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND,** filed in said Court the **22ND** day of **FEBRUARY, A. D., 2019** in the cause numbered, **2019-02-12883,** on the docket of said court and styled,

**REFUGIO COUNTY MEMORIAL
HOSPITAL DISTRICT
VS.
UNDERWRITERS AT LLOYD'S LONDON, FAIR AMERICAN
SELECT INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES,
LLC, ANTHONY DeCESARE, AND MELANIE LABRIE**

     The nature of **PLAINTIFF'S** demand is fully shown by a true and correct copy of **PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND,** accompanying this citation, and made a part hereof.

     The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates hereof, and make the return as the law directs.

     Issued and given under my hand and the Seal of said Court at Refugio, Texas, this the **25TH** day of **FEBRUARY, A.D. 2019.**

| **ATTORNEY** | **RUBY GARCIA, District Clerk** |
|---|---|
| Mr. Andrew P. Slania | **24th District Court** |
| Attorney at Law | **Refugio, County, Texas** |
| 2402 Dunlavy Street | **P. O. Box 736** |
| Houston, Texas 77006 | **Refugio, Texas 78377-0736** |

By:_____ Deputy

IMPORTANT NOTICE
YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.

DEFENDANT'S COPY

Cause No. 2019-02-12883

## CITATION FOR PERSONAL SERVICE

### REFUGIO COUNTY MEMORIAL HOSPITAL DISTICT
### VS.
### UNDERWRITERS AT LLOYD'S LONDON, ET AL

In the **24th District Court**
of Refugio County, Texas

**Issued FEBRUARY 25, 2019**
**RUBY GARCIA, District Clerk**
**24th District Court, Refugio County, Texas**

By: _____ Deputy

## RETURN

Came to hand on the _____ day of _____ A.D. 201__ at ____ o'clock
___M, Executed at _____, in the County of _____, State
of _____ at _____ o'clock ____ on the _____ day of _____ 201__, by
delivering to the within named _____

_____

Each in person, a true copy of this Citation together with the accompanying copy of
the petition, having first endorsed thereon the date of delivery, and the distance
actually traveled by me in serving such process was _____ miles. I am an adult and
in no manner interested in this suit.

**FEES:** Serving   cop.      $
        Mileage   miles     $            _____
        Notary Fee         $                **Sheriff/Constable**
                                          _____ **County** _____
        **TOTAL**           $ _____   **By**_____**Deputy**

**NOTE**: Must be verified if served outside the State of Texas.

Signed and sworn to by the said _____
Before me this _____ day of _____, 201__, to certify which witness my hand
and seal of office.
        **Notary Public, _____ County, _____**

_____